THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tyrosa J.
 Ferebee, Appellant.
 
 
 

Appeal From Jasper County
 G. Edward Welmaker, Circuit Court Judge
Unpublished Opinion No. 2007-UP-487
Submitted October 1, 2007  Filed October
 15, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina
 Commission, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of the Office of the Attorney General, all of Columbia; and
 Solicitor I. McDuffie Stone, of Hampton, for Respondent.
 
 
 

PER CURIAM: Tyrosa
 J. Ferebee pled guilty to trafficking cocaine.  He received a seven year
 sentence and a $25,000 fine.  On appeal, Ferebee alleges the plea judge erred in
 accepting his plea without fully advising him of the constitutional rights he
 waived by pleading guilty.  Ferebee did not file a pro se brief. 
 After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1969), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.        

[1] We decide this case without oral argument pursuant to
 Rule 215, SCRACR.